**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00115-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE INES ARRAS-LOPEZ,

      Defendant.

---

**ORDER**

---

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 15, 2015,

**IT IS ORDERED** that Defendant Jose Ines Arras-Lopez is sentenced to **time served**.

Dated:  May 15, 2015

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          ROBERT E. BLACKBURN,
                          UNITED STATES DISTRICT JUDGE